UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-21837-CMA

JESUS GONZALEZ,

    Plaintiff,

vs.

PAN-AMERICAN COLLECTIONS & APTS INC.

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, through the undersigned attorney, hereby gives notice to this Honorable Court that all parties have reached an amicable resolution of this dispute. Thus, Plaintiff respectfully requests for all deadlines in this case to be tolled while the parties finalize their agreement and move to dismiss this matter within thirty (30) days of the filing of this Notice of Settlement.

Dated this 7th day of June 2024.

Respectfully Submitted,

*/s/ Alberto R. Leal*.
Alberto R. Leal, Esq., P.A.
Florida Bar No.: 1002345
E-Mail: albertolealesq@gmail.com
8927 Hypoluxo Rd. #157
Lake Worth, FL 33467
Phone: 954-637-1868
Attorney for Plaintiff